**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JOHN JONES**                                                                           **PETITIONER**

**v.**                                                             **No. 2:04CV286-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

**SO ORDERED,** this the 14th day of December, 2006.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE